UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA L. HARRIS,

    Plaintiff,

v.                                  CASE NO. 8:13-cv-3234-T-23TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Magistrate Judge Thomas B. McCoun III recommends (Doc. 26) affirming the Commissioner's decision. The plaintiff objects (Doc. 27) to the report and recommendation. A *de novo* review of the report and recommendation reveals that the plaintiff's objections are unfounded, unpersuasive, or anticipated by the magistrate judge. The objections require no different resolution. Accordingly, the plaintiff's objections (Doc. 27) are **OVERRULED**. The magistrate judge's report and recommendation (Doc. 26) is **ADOPTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on January 28, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE